UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| BRIAN KEITH WRIGHT, | | Case No. 2:23-cv-00126-GMN-VCF |
| | Plaintiff | ORDER |
| v. | | |
| CITY OF LAS VEGAS, | | |
| | Defendant | |

## I.   DISCUSSION

On May 23, 2023, this Court issued an order granting Plaintiff until July 21, 2023, to either pay the full $402 filing fee for a civil action or to submit a fully complete application to proceed *in forma pauperis* with all three required documents.  (ECF No. 5).  Plaintiff submitted a document stating that he is being transferred to another prison and cannot sign or file any documents.  (ECF No. 6-1).

For good cause shown, the Court extends the deadline until **August 30, 2023**, to either pay the full $402 filing fee or file a fully complete application to proceed *in forma pauperis* with all three required documents.

## II.   CONCLUSION

It is therefore ordered that Plaintiff has until **August 30, 2023**, to either pay the full $402 filing fee or file a fully complete application to proceed *in forma pauperis* with all three required documents: (1) a completed application with the inmate's two signatures on page 3, (2) a completed financial certificate that is signed both by the inmate and the prison or jail official, and (3) a copy of the inmate's trust fund account statement for the previous six-month period.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complete application to proceed *in forma pauperis* or pay the required filing fee.

The Clerk of the Court is directed to send Plaintiff Brian Wright the approved form application to proceed *in forma pauperis* for an inmate and instructions for the same.

DATED THIS  28th day of July 2023.

_____
UNITED STATES MAGISTRATE JUDGE